IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUONG V. TRAN, | No. C 09-3993 CW (PR) |
|     Petitioner, | ORDER GRANTING PETITIONER LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL |
|   v. | |
| KATHLEEN DICKINSON, | (Docket no. 14) |
|     Respondent. | |
| _____/ | |

    On August 9, 2011, the Court denied on the merits Petitioner's pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254 and also denied a certificate of appealability. Petitioner has filed a notice of appeal and a request for leave to proceed in forma pauperis (IFP) on appeal.

    Upon filing this action, Petitioner paid the district court filing fee. Consequently, he requires permission to proceed IFP on appeal because Rule 24(a)(3) of the Federal Rules of Appellate Procedure, which provides that a party proceeding IFP in district court may continue in that status on appeal unless the district court certifies that the appeal is not taken in good faith, does not apply. Based on the documents submitted by Petitioner in support of his request, the Court finds he qualifies to proceed IFP on appeal. Accordingly, the request is GRANTED.

    This Order terminate Docket no. 14.

    IT IS SO ORDERED.

Dated: 10/25/2011

                                        CLAUDIA WILKEN
                                        United States District Judge

1  UNITED STATES DISTRICT COURT
   FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA

5  CUONG,

Case Number: CV09-03993 CW

6         Plaintiff,

**CERTIFICATE OF SERVICE**

7    v.

8  TRAN-V-KATHLEEN DICKINSON et al,

9         Defendant.
                                        /

11  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

13  That on October 25, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cuong V. Tran F-92816
CMF Prison
P.O. Box 2000
Vacaville, CA 95696-2000

Dated: October 25, 2011

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk

2